**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Robert S. Raybon, Gatewood Holdings, LLC, and AT Legal, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CNH Industrial America LLC, a foreign corporation doing business as Case IH, James (Jim) Walker, individually and in his capacity as Vice President of Case IH, and Richard H. Carver, individually and as a former Territory Sales Manager of Case IH,<br><br>Defendants. | Civil Action No. 1:17-cv-0452-TCB |

**DEFENDANTS' L.R. 3.3 CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiffs:

- Robert S. Raybon

- Gatewood Holdings, LLC
- AT Legal, LLC

Defendants:

- CNH Industrial America LLC (d/b/a Case IH) ("CNH"). The parent of CNH is Case New Holland Industrial Inc., which is the sole member of CNH.
- James (Jim) Walker
- Richard H. Carver

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associates, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

| Name | Identification & Relationship |
|---|---|
| Case New Holland Industrial Inc. | Sole member of Defendant CNH |
| CNH Industrial N.V. | Sole stockholder of Case New Holland Inc. |

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiffs:

- Stanford G. Wilson, John C. Stivarius, Jr. and Justin Connell of Elarbee Thompson

Defendants:

- Bobby R. Burchfield, Matthew M. Leland, Kathleen A. Sacks, and Julia C. Barrett of King & Spalding LLP

Respectfully submitted this 10th day of February, 2017.

*/s/ Julia C. Barrett*
Bobby R. Burchfield (*pro hac vice* pending)
Matthew M. Leland (*pro hac vice* pending)
Kathleen Sacks
Georgia Bar No. 214008
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
Tel: (202) 737-0500
Fax: (202) 626-3737

Julia C. Barrett
Georgia Bar No. 354322
King & Spalding LLP
1180 Peachtree St. NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Robert S. Raybon, Gatewood Holdings, LLC, and AT Legal, LLC

Plaintiffs,

v.

CNH Industrial America, LLC, a foreign corporation doing business as Case IH, James (Jim) Walker, individually and in his capacity as Vice President of Case IH, and Richard H. Carver, individually and as a former Territory Sales Manager of Case IH,

Defendants.

Civil Action No. 1:17-cv-0452-TCB

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2017, I electronically filed the foregoing Defendants' L.R. 3.3 Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF System and served a true and corrected copy of same on counsel for Plaintiff via U.S. First Class Mail, postage prepaid, addressed to:

John C. Stivarius, Jr.
Stanford G. Wilson
Justin B. Connell

Elarbee, Thompson, Sapp & Wilson, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, GA 30303

*/s/ Julia C. Barrett*

Julia C. Barrett
Georgia Bar No. 354322
King & Spalding LLP
1180 Peachtree St. NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100